STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

David L. Bateman
Bateman Law Firm
6010 Perkins Road, Ste A
Baton Rouge LA 70808

REHEARING ACTION: May 19, 2010

**Docket Number: 10   00043-CW**

**WILLIAM MORVANT**
**VERSUS**
**STATE FARM  MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, ET AL.**

**Writ Application from Calcasieu Parish Case No. 2008-4158**

**BEFORE JUDGES:**

Hon. Jimmie C. Peters
Hon. Elizabeth A. Pickett
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Karen Lamb** has this day been ruled on:

**APPLICATION FOR RE-CONSIDERATION OR REHEARING NOT
CONSIDERED AS UNTIMELY FILED.**

cc: David Laine Morgan, Counsel for  the Respondent